IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

FREDERICK BANKS                                         PETITIONER

VERSUS                            CIVIL ACTION NO. 5:09cv194-DCB-MTP

K. EVERETT, et al.                                      DEFENDANTS

**FINAL JUDGMENT**

This cause is before the Court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the memorandum opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause filed pursuant to 28 U.S.C. § 2241 be dismissed without prejudice so that the petitioner can pursue his claims concerning the incident reports #1867076, #1746930 and #1724342 in a non-habeas civil action and pursue his claims relating to his RRC placement in *Banks v. Pearson*, 5:09cv148-DCB-MTP consolidated with *Banks v. Everett*, civil action 5:09cv174-DCB-MTP.

SO ORDERED AND ADJUDGED, this the  8th   day of February, 2010.


                                             s/David Bramlette
                                               UNITED STATES DISTRICT JUDGE